LAW OFFICES
# BASS & ASSOCIATES
A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544
FACSIMILE
(520) 577-1546



FILED
ENTERED
LOGGED
RE

APR - 4 2013

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

March 29, 2013

United States Bankruptcy Court
Southern District of California
325 W F Street
San Diego, CA 92101-6017

Re:             Hector G Torres
                Elizabeth Torres
Case No.:       09-19667
Document No.:   43

Our firm filed the above listed transfer of claim on behalf of our client on August 1, 2012. Upon reviewing case information, we respectfully request the above transfer of claim be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

Jill A Sturgeon
Bass & Associates, P.C.
Authorized Agent for Creditor
Admitted in Arizona
SBA 026380

19667 cor